William R. Mitchell, Esq.
**WILLIAM R. MITCHELL, INC.**
3200 Park Center, Ste. 800
Costa Mesa, CA  92626
Fax: (866) 446-9295
Direct: (714) 313-4426
Email: bill@wrmbizlaw.com
www.williamrmitchel.com
Attorney for Plaintiff, ERNEST ESCALANTE

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### SAN DIEGO DIVISION

| | |
|---|---|
| ERNEST ESCALANTE<br>　　　　Plaintiff,<br><br>v.<br><br>EQUIFAX, INC., EXPERIAN INFORMATION SOLUTIONS, INC., and JP MORGAN CHASE BANK, N.A.<br>　　　　Defendant. | Case No. 3:26-CV-0883-AJB-MSB<br><br>JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT, EXPERIAN INFORMATION SOLUTIONS, INC. |

Plaintiff, ERNEST ESCALANTE ("Plaintiff"), and Defendant, EXPERIAN INFORMATION SOLUTIONS, INC., ("EXPERIAN") pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of Plaintiff's claims against Defendant, in this action with prejudice, with each party to bear their owns costs and attorneys' fees.

1

STIPULATION OF DISMISSAL WITH PREJUDICE AS TO
DEFENDANT, EXPERIAN INFORMATION SOLUTIONS, INC.

Respectfully submitted,

Dated: July 1, 2026

By: */s/ William R. Mitchell*
William R. Mitchell, Esq.
WILLIAM R. MITCHELL, INC.
3200 Park Center, Ste. 800
Costa Mesa, CA 92626
Fax: (866) 446-9295
Direct: (714) 313-4426
Email: bill@wrmbizlaw.com

Attorneys for Plaintiff,
*ERNEST ESCALANTE*

Dated: July 1, 2026

By: */s/ Matt Rodriguez*
Matt Rodriguez
Jones Day
3161 Michelson Drive, Suite 800
Irvine, CA 92612
Tel: (949) 553-7527
Email: mattrodriguez@jonesday.com

Attorney for Defendant,
*EXPERIAN INFORMATION SOLUTIONS, INC.*

2

STIPULATION OF DISMISSAL WITH PREJUDICE AS TO
DEFENDANT, EXPERIAN INFORMATION SOLUTIONS, INC.

## <u>CERTIFICATE OF SERVICE</u>

I certify that on July 1, 2026, I served Plaintiff ERNEST ESCALANTE'S Stipulation of Dismissal using the CM/ECF system, which will provide an auto-generated notice to all counsel of record.

By: */s/ William R. Mitchell*
William R. Mitchell, Esq.
WILLIAM R. MITCHELL, INC.
3200 Park Center, Ste. 800
Costa Mesa, CA 92626
Fax: (866) 446-9295
Direct: (714) 313-4426
Email: bill@wrmbizlaw.com

STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT, EXPERIAN INFORMATION SOLUTIONS, INC.