UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

ERNEST ESCALANTE,

Plaintiff,

v.

EQUIFAX, INC., et al.,

Defendants.

Case No.: 26-cv-00883-AJB-MSB

**ORDER**

**(Doc. No. 23)**

Before the Court is the Joint Stipulation of Dismissal with Prejudice as to Defendant, Experian Information Solutions, Inc., filed by Plaintiff Ernest Escalante ("Escalante") and Defendant Experian Information Solutions, Inc. ("Experian"). (Doc. No. 23.) Again, the Court does not recognize stipulations as filed by the parties. (Doc. No. 15 at 1 & n.1.) Nevertheless, the Court construes the stipulation as a joint motion. Civ.LR 1.1.d.; 7.2.b.

The parties seek to dismiss with prejudice Experian. (Doc. No. 23.) Good cause appearing, the joint motion is **GRANTED**. Escalante's claims against Experian are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

Dated: July 2, 2026

Hon. Anthony J. Battaglia
United States District Judge

1

26-cv-00883-AJB-MSB